IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40197
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DOMINGO LUNA,

Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-94-CR-089-03
- - - - - - - - - -
October 14, 1996

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Domingo Luna appeals his convictions for conspiracy to possess with intent to distribute more than 100 kilograms of cocaine and conspiracy to import into the United States from Mexico more than a 100 kilograms of cocaine. He contends that the evidence was insufficient to support his convictions. Our review of the record and the arguments and authorities convinces us that no reversible error was committed. The evidence was

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

sufficient for a reasonable jury to find Luna guilty beyond a reasonable doubt.  See United States v. Alix, 86 F.3d 429, 436 (5th Cir. 1996).

AFFIRMED.